■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAKAIYAH WILLIS, Appellant. [918 NYS2d 48]—

Concur—Tom, J.P., Sweeny, Renwick, Freedman and Manzanet-Daniels, JJ.